dum: By failing to address the propriety of the order approving the Law Guardian's fee application in his brief, plaintiff has abandoned that issue on appeal *(see, Ciesinski v Town of Aurora,* 202 AD2d 984). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Counsel Fees.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.

■ SHELDON B. BENATOVICH, Appellant, v NANISCAH B. (BENATOVICH) KOESSLER, Respondent. (Appeal No. 2.) [619 NYS2d 1019] —Order unanimously reversed on the law without costs. Memorandum: Supreme Court abused its discretion in imposing sanctions against plaintiff for engaging in frivolous conduct *(see,* 22 NYCRR 130-1.1). Plaintiff's request that the court recuse itself from the proceeding on the Law Guardian's fee application "was not an abuse of judicial process approaching sanctionable conduct" *(Parks v Leahey & Johnson,* 81 NY2d 161, 165; *see, Matter of Bozer v Higgins,* 204 AD2d 979; *cf., Leventritt v Eckstein,* 206 AD2d 313). The rule permitting the imposition of sanctions is designed to discourage abusive litigation tactics *(see, Watson v City of New York,* 178 AD2d 126, 128), not to resolve personal disagreements between an attorney and the court. Furthermore, even if sanctions were warranted, the court erred in imposing sanctions without affording plaintiff a reasonable opportunity to be heard *(see,* 22 NYCRR 130-1.1 [d]; *Flaherty v Stavropoulos,* 199 AD2d 301, 302). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Sanctions.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.

■ JOHN F. BIGNESS, Appellant, v POWELL ELECTRONICS, INC., Defendant, and AMPHENOL CORP., BENDIX CONNECTOR OPERATIONS, Respondent. (Appeal No. 1.) [619 NYS2d 975] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Wesley and Callahan, JJ.

■ JOHN F. BIGNESS, Appellant, v POWELL ELECTRONICS, INC., Defendant, and AMPHENOL CORP., BENDIX CONNECTOR OPERATIONS, Respondent. (Appeal No. 2.) [619 NYS2d 905] —Judgment unanimously affirmed without costs. Memorandum: Plaintiff was injured while testing an electrical "cabinet." He alleged that defendants should have warned of the dangers of